**Dismissed and Opinion Filed July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00589-CV

## IN THE INTEREST OF A.M. AND A.M., MINOR CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53235-2012**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

The clerk's record in this case is overdue. By letter dated June 16, 2014, we informed appellant that the District Clerk had notified the Court that clerk's record had not been filed because appellant had not paid or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days of the date of the letter, we might dismiss the appeal for want of prosecution without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record or his appeal.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


140589F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE IN THE INTEREST OF A.M. AND A.M., MINOR CHILDREN

No. 05-14-00589-CV

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-53235-2012.
Opinion delivered by Justice Francis, Justices Bridges and Lang-Miers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Selina Rose Opoku recover her costs of this appeal, if any, from appellant Kojo Kyei Marfo.

Judgment entered this 14th day of July, 2014.